November 3, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

ACOUSTICAL MATERIALS SUPPLY, Appellant

NO. 14-09-00168-CV                    V.

CASTLEROCK & CO., INC., A/K/A CASTLEROCK INVESTMENT GROUP A/K/A
EXQUISITE DESIGNS BY CASTLEROCK & CO., D/B/A
CASTLEROCK INVESTMENT GROUP, BRAD JONES, AND
COUNTRYWIDE HOME LOANS, INC., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 27, 2009. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by ACOUSTICAL MATERIALS SUPPLY.

We further order this decision certified below for observance.